IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHNNY HESTER                                                                                    PLAINTIFF

v.                                              Case No. 14-5058

SHERIFF TIM HELDER, et al.                                                         DEFENDANTS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

By order entered on March 6, 2014 (Doc. 8), Plaintiff was directed to file an amended complaint by March 25, 2014.  Plaintiff failed to comply with this order.  On May 13, 2014, a show cause order (Doc. 11) was entered directing Plaintiff to show cause by May 30, 2014, as to why this case should not be dismissed based on his failure to comply with the Court's March 6th order.  On June 3, 2014, the show cause order was returned as undeliverable, marked "Not at Address" and "No new address available."     Based on the foregoing, the undersigned recommends DISMISSING this action for Plaintiff's failure to prosecute, failure to comply with a Court order, and failure to keep the Court advised of his current address.  See FED. R. CIV. P. 41(b) and Local Rule 5.5(c)(2).

**The parties have fourteen days from receipt of the undersigned's report and recommendation in which to file written objections pursuant to 28 U.S.C. §636 (b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 10th day of July, 2014.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE